[No. 62378-8-I.   Division One.   February 1, 2010.]

*In the Matter of the Marriage of* VICKI LYNN BALASHOV, *Respondent,* and DIMITRI MIKHAILOVICH BALASHOV, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-3-01812-5, James H. Allendoerfer, J., entered August 22, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 62649-3-I.   Division One.   February 1, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE GUILLARTE ANAYA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-01337-1, Palmer Robinson, J., entered October 22, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Leach, JJ.

[No. 62909-3-I.   Division One.   February 1, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID MUIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-04882-5, Palmer Robinson, J., entered January 14, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 63345-7-I.   Division One.   February 1, 2010.]

*In the Matter of the Personal Restraint of* CURTIS GENE THORNTON, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Lau and Leach, JJ.